**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Melvin Herston SCOTT, III,**
**Defendant–Appellant.**

**No. 05–40996**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 14, 2007.

James O. Jenkins, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Eastern District of Texas, Beaumont, TX, for Plaintiff–Appellee.

Melvin Herston Scott, III, Beaumont, TX, pro se.

Zachary Joseph Hawthorn, Law Office of Joseph C. Hawthorn, Beaumont, TX, for Defendant–Appellant.

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: *

Counsel appointed to represent Melvin Herston Scott, III, has requested leave to withdraw from this appeal and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Scott has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. The Government's motion to dismiss the appeal is DENIED as moot.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.